UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS,

    Petitioner,

    v.

JEFF MACOMBER,

    Respondent.

Case No. 16-cv-00221-SI

**ORDER EXTENDING DEADLINE**

Re: Dkt. No. 14

Petitioner's request for extension of the deadline to file his amendment to the petition for writ of habeas corpus is GRANTED. (Docket No. 14.) Petitioner must file his amendment no later than **September 23, 2016.** The court notes that petitioner filed a first amendment to his petition on August 4, 2016, which reportedly was sent just three days after his receipt of the order of dismissal with leave to amend. That quick-turnaround suggests that the amendment might have been prepared in a hurry and without careful attention to the directions in the order to dismissal with leave to amend. The extension of the deadline to file an amendment granted in this order will give petitioner time to prepare and file a replacement amendment, if he wishes to do so.

    **IT IS SO ORDERED**.

Dated: August 12, 2016

_____

SUSAN ILLSTON
United States District Judge