UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br>　　　　　Petitioner,<br>　　v.<br>JEFF MACOMBER,<br>　　　　　Respondent. | Case No. 16-cv-00221-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 37 |

Following this Court's Order granting his request for counsel, petitioner, through his newly appointed counsel, has filed a motion asking the Court to set a briefing schedule for petitioner to file an amended petition. Docket Nos. 34, 37. The Court now sets the following new briefing schedule: Petitioner must file and serve his amended petition on or before **April 7, 2017**. Respondent must file and serve his answer to the petition on or before **April 28, 2017**. Petitioner must file and serve his traverse, if any, on or before **May 19, 2017**.

**IT IS SO ORDERED**.

Dated: March 17, 2017

_____
SUSAN ILLSTON
United States District Judge