UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br>　　　　Plaintiff,<br>　　v.<br>JEFF MACOMBER,<br>　　　　Defendant. | Case No. 16-cv-00221-SI<br><br>**ORDER EXTENDING ANSWER DEADLINE** |

On August 24, 2017, the Court issued an Order to Show Cause, ordering respondent to answer by October 23, 2017. Docket No. 46. On October 26, 2017, plaintiff's counsel filed a letter noting that defendant did not answer and that it appears defendant may not have been served as the Court previously ordered. Docket No. 47.

Accordingly, the Court hereby **ORDERS**:

1. The clerk shall serve a copy of this order, the Order to Show Cause (Docket No. 46), the amended petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner.

2. Respondent must file and serve upon petitioner, on or before **January 5, 2018,** an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition. **Respondent's memorandum of points and authorities shall not exceed 50 pages.**

3. If petitioner wishes to respond to the answer, he must do so by filing a traverse with

the Court and serving it on respondent on or before **February 5, 2018. Petitioner's memorandum of points and authorities shall not exceed 25 pages.**

**IT IS SO ORDERED**.

Dated: October 27, 2017

_____
SUSAN ILLSTON
United States District Judge