UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF MACOMBER,<br><br>    Respondent. | Case No. 16-cv-00221-SI<br><br>**ORDER:**<br>**--DENYING SUPPLEMENTAL MOTION FOR RECONSIDERATION WITHOUT PREJUDICE;**<br>**--GRANTING REQUEST FOR EXTENSION OF TIME; AND**<br>**--SETTING DEADLINES ON RENEWED MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 63 |

On July 18, 2018, petitioner filed a supplemental motion for reconsideration of the Court's May 8, 2018 Order and requested another extension of time to complete his motion for reconsideration. Dkt. No. 63. The Court ordered counsel for petitioner to file a declaration in support of the request for an extension. Dkt. No. 67. Upon due consideration of the declaration of attorney James Phillip Vaughns subsequently filed in support thereof, *see* Dkt. No. 68, the Court **GRANTS** the request for an extension of time, **DENIES** the supplemental motion for reconsideration without prejudice, and sets the following deadlines for petitioner's renewed motion for reconsideration.

**Petitioner shall file a *consolidated*, renewed motion for reconsideration, including any and all state writs that he wishes the Court to consider, by August 17, 2018.**[1] The renewed

---

[1] As previously advised, the Court requires that petitioner file a full, renewed motion for reconsideration (not a supplemental motion), so that the Court is not ruling on multiple motions filed piecemeal. *See* Dkt. No. 67 at 2. At this point, petitioner has filed a partial motion for reconsideration, attaching four state writs, and a supplemental motion for reconsideration, attaching three of the previously attached state writs, as well as nine others. *See* Dkt. Nos. 61, 63. Allowing further supplementation of the motion, rather than requiring a consolidated, renewed

motion must comply with the prior Order that petitioner shall cite to the page number and, where available, line numbers of the prior writs and match these to the specific claims in the Amended Petitions that he asserts his state writs exhausted. *See* Dkt. No. 62 at 2. **Respondent shall file his opposition by September 7, 2018. If petitioner wishes to file a reply brief, he shall file it by September 21, 2018.** Going forward, the Court will not be inclined to grant any further extensions of the time on the motion for reconsideration.

**IT IS SO ORDERED**.

Dated: August 2, 2018

_____
SUSAN ILLSTON
United States District Judge

---

motion, would only further confuse an already messy record.