UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF MACOMBER,<br><br>    Respondent. | Case No. 16-cv-00221-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENTION OF TIME TO FILE PETITIONER'S ELECTION**<br><br>Re: Dkt. No. 101 |

After review of Petitioner's Administrative Motion for Extension of Time to File Petitioner's Election, and for good cause shown, the Court hereby ORDERS that petitioner Keenan Wilkins shall make his election, as detailed in Docket No. 79 at 25:1-18, **on or before February 28, 2020**.

**IT IS SO ORDERED**.

Dated: November 15, 2019

SUSAN ILLSTON
United States District Judge