UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS,

        Plaintiff,

      v.

JEFF MACOMBER,

        Defendant.

Case No. 16-cv-00221-SI

**JUDGMENT**

The petition for writ of habeas corpus has been denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 29, 2022

SUSAN ILLSTON
United States District Judge