UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER,<br><br>    Defendant. | Case No. 16-cv-00221-SI<br><br>**ORDER: (1) DENYING MOTION TO ALTER OR AMEND; (2) GRANTING CERTIFICATE OF APPEALABILITY ON MERITS OF CLAIMS 2, 8, 21, 22, AND EXHUASTION OF CLAIM 23**<br><br>Re: Dkt. No. 162 |

On April 25, 2022, petitioner Keenan Wilkins filed a motion to alter or amend this Court's order denying him Section 2254 habeas relief. Dkt. Nos. 162 (motion), 159 (order). Petitioner's motion is directed at Claims 8, 2, 22, and 23. The Court has reviewed the arguments raised in the moving papers and concludes alteration or amendment of this Court's prior judgment is not appropriate under Fed. R. Civ. P. 59(e) or 60(b). The motion is **DENIED**.

Pursuant to Rule 11 Governing Section 2254 Cases in the U.S. District Courts, the Court **GRANTS** a Certificate of Appealability on the merits of Claims 2, 8, and 22. The Court also **GRANTS** a Certificate of Appealability the proper scope of exhaustion for Claim 23, as well as a Certificate of Appealability on the merits of Claim 21.

**IT IS SO ORDERED**.

Dated: June 24, 2022

SUSAN ILLSTON
United States District Judge